IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| VS. | * | CR. NO. 02-00190-CG |
| | * | |
| DAVID MICHAEL SWINDLE, | * | |
| | * | |
| Defendant. | * | |

## ORDER

This matter is before the court on the United States' Motion Filed Pursuant to F.R.C.P. 35, requesting reduction of sentence for substantial assistance in a criminal prosecution.

Upon due consideration and based on the grounds cited, the United States' motion is **GRANTED**.  Therefore, it is **ORDERED** that defendant David Michael Swindle's sentence as set out in the judgment entered on January 8, 2004, (Doc. 195) hereby is amended, and his term of imprisonment as to Count 1 is reduced from fifty-seven (57) months to forty-three (43) months.  All other terms and conditions of the sentence and judgment remain the same.

**DONE AND ORDERED** this 7th  day of December, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE